# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 599 MAL 2018
:
              Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
TODD DANIEL HOOVER, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of February, 2019, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, as stated by Petitioner, is:

> Did the lower court abuse its discretion when it revoked an
> [o]rder granting the Petitioner early termination of his
> intermediate punishment sentence for DUI after discovering
> that he received a new DUI subsequent to the court issuing
> [the] early termination [o]rder?